UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN WILLIAM CASSADAY,

        Plaintiff,

v.                                        Case No. 1:17-cv-630
                                        Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

**JUDGMENT**

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

        **IT IS SO ORDERED**.

Dated:  September 21, 2018                /s/ Ray Kent
                                         United States Magistrate Judge